UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 28  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CONCEPTS ETI, INC. d/b/a CONCEPTS NREC, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY F. KAVANAUGH, JR. d/b/a DCA ENGINEERING, <br><br> Defendants. | Docket No. <br><br> 04-11465 RGS |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff Concepts ETI, Inc. d/b/a Concepts NREC ("Concepts"), through its attorneys Downs Rachlin Martin PLLC, states that Plaintiff has no parent corporations and is not publicly traded.

Dated at Burlington, Vermont this 25th day of June, 2004.

DOWNS RACHLIN MARTIN PLLC

Walter E. Judge, Jr.
Mass Bar No. 556650
Eric A. Poehlmann
Attorneys for Plaintiff Concepts ETI, Inc.
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375

BTV.268972.1