UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CONCEPTS ETL, INC.**

      V.                                  **CIVIL ACTION NO. 04-11465-RGS**

**ANTHONY F. KAVANAUGH, JR.,**
**d/b/a DCA ENGINEERING**

# NOTICE OF HEARING

**STEARNS, DJ.**                                                          **JULY 20, 2004**

      A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY

SCHEDULED FOR:

<u>**FRIDAY, JULY 30, 2004 AT 11:00 A.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT**

**JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED**

**STATES COURTHOUSE, BOSTON, MA.**

      SO ORDERED.

                                                 **RICHARD G. STEARNS**
                                                 **UNITED STATES DISTRICT JUDGE**

                       **BY:**

                                     **/s/ Mary H. Johnson**
                                     **Deputy Clerk**

*****TO BE HEARD: Plaintiff's Motion for Preliminary Injunction.**