AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

CONCEPTS ETI, INC. d/b/a CONCEPTS NREC,
Plaintiff

V.

ANTHONY F. KAVANAUGH, JR. d/b/a DCA
ENGINEERING.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

RECEIVED

Date 7-19-04

04 - 11465 RGS

TO: (Name and address of Defendant)

Anthony F. Kavanaugh, Jr.
133 West Street
Uxbridge, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Walter E. Judge, Jr.
Downs Rachlin Martin, PLLC
Attorneys for Plaintiff Concepts ETI, Inc.
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    6-28-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served:

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
**Docket/Case No: 04-11465 RGS**

I hereby certify and return that today, July 6, 2004, at 4:47 PM, I served a true and attested copy of the within Summons in a Civil Case upon the within named Anthony F Kavanaugh, by leaving said copies with Crystal Kavanaugh Defendant's Daughter, at 133 West Street, Uxbridge, MA his last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Anthony F Kavanaugh, at 133 West Street, Uxbridge, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 6, 2004.

William R. Sacco, Process Server
& Disinterested Person over Age 18.    Total Fees: $75.00
**Sacco Constable Service**
P O Box 626
North Grafton, MA, 01536
(781) 706-7946 , (508) 519-0438 Fax

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.