UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONCEPTS ETI, INC. d/b/a<br>CONCEPTS NREC,<br><br>     Plaintiff,<br><br>v.<br><br>ANTHONY F. KAVANAUGH, JR. d/b/a<br>DCA ENGINEERING,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 04-11465 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties in the above-captioned action hereby stipulate and agree that the claims brought in this action, and all related counterclaims that could have been brought in connection with this action, shall be and are hereby dismissed, without costs and without right of appeal.

Dated at Uxbridge, Massachusetts this 30th day of November, 2004.

                                          ANTHONY F. KAVANAUGH, JR. d/b/a
                                          DCA ENGINEERING

                                          Anthony F. Kavanaugh, Jr.

Dated at Burlington, Vermont this 7th day of December, 2004.

                                          CONCEPTS ETI, INC., d/b/a
                                          CONCEPTS NREC

                                          Walter E. Judge, Jr.
                                          B.B.O. # 556650
                                          Eric A. Poehlmann
                                          Downs Rachlin Martin PLLC
                                          199 Main Street
                                          P.O. Box 190
                                          Burlington, VT  05402
                                          (802) 863-2375

DOWNS
RACHLIN    BTV.383916.1
MARTIN PLLC

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONCEPTS ETI, INC. d/b/a<br>CONCEPTS NREC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY F. KAVANAUGH, JR. d/b/a<br>DCA ENGINEERING,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 04-11465 RGS<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on the 7TH day of December, 2004, I served a copy of the Stipulation for Dismissal by mailing a copy thereof by first class mail, postage prepaid, upon Anthony F. Kavanaugh, Jr. d/b/a DCA Engineering, at 133 West Street, Uxbridge, MA 01569.

Dated at Burlington, Vermont, this 7th day of December, 2004.

CONCEPTS ETI, INC., d/b/a
CONCEPTS NREC

Walter E. Judge, Jr.
B.B.O. # 556650
Eric A. Poehlmann
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
(802) 863-2375

BTV.385923.1

Downs
Rachlin
Martin PLLC